# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150677(56)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

BRANDON MICHAEL HALL,
      Defendant-Appellee.

_____/

SC: 150677
COA: 321045
Ottawa CC: 13-037857-AR

      On order of the Chief Justice, the motion of the Rev. Edward Pinkney for leave to file an amicus curiae brief is DENIED. The motion to waive fees is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2016



Clerk